IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN REZNICKCHECK              :    CIVIL ACTION
                               :
        v.                     :
                               :
DENNIS MOLYNEAUX, et al.       :    NO. 13-1857

ORDER

AND NOW, this 14th day of January, 2014, upon consideration of the Trinity Defendants' Motion to Dismiss or in the Alternative for Summary Judgment (Docket No. 44), IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the motion is GRANTED.  The plaintiff's claims against defendants Trinity Services Group, Inc. and Ryan Schubert are DISMISSED WITH PREJUDICE.

                           BY THE COURT:


                           /s/ Mary A. McLaughlin___
                           MARY A. McLAUGHLIN, J.