```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN REZNICKCHECK            :      CIVIL ACTION
                             :
           v.                :
                             :
DENNIS MOLYNEAUX, et al.     :      NO. 13-1857
```

ORDER

AND NOW, this 29th day of July, 2014, upon consideration of the Motion for Judgment on the Pleadings of Defendant Dennis Molyneaux (Docket No. 54), and the opposition thereto, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the motion is GRANTED and JUDGMENT IS ENTERED in favor of the defendant and against the plaintiff.  IT IS FURTHER ORDERED that the plaintiff's claims against the remaining John Doe defendants are DISMISSED WITH PREJUDICE.

                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.